UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BETTY LYKINS | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:05-0329 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| BRIDGESTONE FIRESTONE NORTH | ) | |
| AMERICAN TIRE, LLC and CONTRACT | ) | |
| LABOR SERVICES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 32) filed by defendant Bridgestone Firestone North American Tire, LLC is **GRANTED**. This case is **DISMISSED**.

It is so ordered.

Enter this 19th day of April 2007.

                                                                ALETA A. TRAUGER
                                                               United States District Judge